Ex parte CALVIN McKEE.

No. A-2585. Opinion Filed June 3, 1919.

(180 Pac. 193.)

Petition by Calvin McKee for writ of habeas corpus. Petition withdrawn, and cause dismissed on petitioner's motion.

Robert A. Lowry, for petitioner.

PER CURIAM. Petition withdrawn, and cause dismissed, on motion of the petitioner.